

A CERTIFIED TRUE COPY
ATTEST
By Jakeia Mells on Nov 04, 2008
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 17, 2008**

FILED
CLERK'S OFFICE

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**

MDL No. 1507

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-150)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003).  Since that time, 7,842 additional actions have been transferred to the Eastern District of Arkansas.  With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

**Nov 04, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION**                                              MDL No. 1507

### SCHEDULE CTO-150 - TAG-ALONG ACTIONS

**DIST.**    **DIV.**    **C.A. #**    **CASE CAPTION**

MASSACHUSETTS
  MA    1    08-10962    Catherine Donovan, et al v. Wyeth, et al.

MINNESOTA
  MN    0    08-1520     Shirley Kennedy v. Wyeth, Inc., et al.
  MN    0    08-2576     Sharon A. Jones v. Wyeth, Inc., et al.
  MN    0    08-2871     Imelda Cerrato v. Wyeth, et al.
  MN    0    08-3272     Linda E. Herring v. Wyeth, et al.
  MN    0    08-3865     Barbara Garza Burns v. Wyeth, Inc., et al.
  MN    0    08-3957     Rose Anna Murray, et al. v. Wyeth, Inc., et al.
  MN    0    08-4722     Charlotte Bell v. Wyeth
  MN    0    08-5227     Wanda L. Willis v. Wyeth, et al.
  MN    0    08-5228     Kathleen Cunningham v. Pfizer Inc., et al.